# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | **No. 16-4640** |
| v. | : | |
| | : | |
| **CEC, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

This 21st day of July, 2020, it is hereby **ORDERED** that, upon consideration of Defendants' Motion to Dismiss (ECF 24), Plaintiff's response thereto (ECF 25), and Plaintiff's Motion to Check Status (ECF 27), the Motion is **GRANTED** in part, and **DENIED** in part as follows.

1. As to Plaintiff's Fourteenth Amendment due process claim for freedom from punishment, Defendants' Motion is **DENIED**.

2. As to Plaintiff's Fourteenth Amendment equal protection claim, Defendants' Motion is **GRANTED**.

3. As to Plaintiff's § 1983 conspiracy and First Amendment retaliation claims, Defendants' Motion is **GRANTED** with respect to Burns, Lynch, and Moore, and it is **DENIED** with respect to Baldwin and Liverpool.

4. As to Plaintiff's municipal liability claim against CEC, Defendants' Motion is **GRANTED**.

2

Chambers shall serve this Order and accompanying Memorandum by First Class mail upon Plaintiff Gartor Kiki Brown, NA-6401, at SCI-Forest, P.O. Box 307, Marienville, PA 16239, posted this same date.

    /s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Judge