# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 16-4640** |
| | : | |
| **C.E.C., ET AL.** | : | |

## ORDER

This 3rd day of February, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF 40) is **GRANTED**. The Clerk of Court is requested to mark this case closed for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge